UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANA SMALLWOOD,

    Plaintiff,

                              Case No. 19-cv-11634
                              Hon. Matthew F. Leitman

v.

IA PROPERTIES,

    Defendant.
_____/

## ORDER (1) ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF No. 20) AND (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 14)

On June 3, 2019, Plaintiff Shana Smallwood, acting *pro se*, filed this action against Defendant IA Properties. (*See* Compl., ECF No. 1.) Smallwood claims that IA Properties refused to rent her an apartment because of her race. (*See id.*) She brings claims under the Fair Housing Act, the Fair Credit Reporting Act, and the Equal Credit Opportunity Act. (*See id.*)

On March 20, 2020, IA Properties filed a motion for summary judgment. (*See* Mot., ECF No. 14.) Smallwood did not respond to the motion.

On November 19, 2020, the assigned Magistrate Judge issued a report and recommendation in which she recommended that the Court grant IA Properties' motion (the "R&R"). (*See* R&R, ECF No. 20.) At the conclusion of the R&R, the Magistrate informed the parties that if they wanted to seek review of her

1

recommendation, they needed to file specific objections with the Court within fourteen days. (*See id.*, PageID.127-128.)

Smallwood has not filed any objections to the R&R.  The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985).  In addition, the failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).

Because Smallwood has not filed any objections to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommendation to grant IA Properties' motion for summary judgment is **ADOPTED**.

**IT IS FURTHER ORDERED** that IA Properties' motion for summary judgment (ECF No. 14) is **GRANTED**.

**IT IS SO ORDERED**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 5, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 5, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

2