UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANA SMALLWOOD,

    Plaintiff,

v.

    Case No. 19-cv-11634
    Hon. Matthew F. Leitman

IA PROPERTIES,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Order issued on this date, **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant and against Plaintiff.

    KINIKIA D. ESSIX
    CLERK OF THE COURT

    By:  s/Holly A. Monda
    Deputy Clerk

Approved:

s/Matthew F. Leitman
Matthew F. Leitman
United States District Court

Dated: March 5, 2021
Flint, Michigan

1